IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 4:08-CR-3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHEVELLE LASHONE STANCLE,** aka CHEVY | ) ) | |
| | ) | |
| Defendant. | ) | |

On this 4th day of December 2008, this matter comes on before the Court on Defendant's Motion to Withdraw his Motion to Reopen Detention Hearing in the above-entitled matter.

The Court, in consideration of the file and record herein, Defendant's motion and being fully advised in the premises, finds that Defendant's motion should be, and same hereby is sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that defendant's motion, filing no. 15, to withdraw document is granted and defendant's Motion to Reopen Detention Hearing (filing no. 14) is withdrawn.

Dated this 4th day of December, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

PREPARED & SUBMITTED BY:

Thomas R. Lamb, #15103
Attorney for Defendant
ANDERSON, CREAGER &
 WITTSTRUCK, P.C.
1630 "K" Street
Lincoln, NE  68508
(402) 477-8800