IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 4:08-CR-3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHEVELLE LASHONE STANCLE,** | ) | |
| aka **CHEVY** | ) | |
| | ) | |
| Defendant. | ) | |

On this 8th day of December, this matter comes on before the Court on the motion of Thomas R. Lamb for an order of the Court granting him leave to withdraw his appearance as attorney of record for Defendant in the above-entitled matter, filing no. 18.

The Court, in consideration of the file and record herein, the motion of Thomas R. Lamb and being fully advised in the premises, finds that the motion of Thomas R. Lamb should be, and same hereby is sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that:

1. Thomas R. Lamb be, and hereby is given leave of the Court to withdraw his appearance as attorney of record for Defendant.

2. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for substitute counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. The new attorney shall enter an appearance promptly upon appointment.

Dated this 9th day of December, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge