IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3166 |
| | ) | |
| v. | ) | |
| | ) | |
| CHEVELLE LASHONE STANCLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to continue trial, filing no. 27, is granted. Trial is continued until further order following resolution of defendant's motion for new counsel, filing no. 28.

DATED this 16th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge