IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3166 |
| | ) | |
| v. | ) | |
| | ) | |
| CHEVELLE LASHONE STANCLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon oral motion of defense counsel,

IT IS ORDERED:

The hearing on defendant's motion to discharge attorney and appoint new counsel (filing no. 28) is continued to April 8, 2009 at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant and his counsel shall be present for the hearing. Government's counsel need not appear.

DATED this 24th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge