IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3166 |
| v. | ) | |
| CHEVELLE LASHONE STANCLE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to discharge attorney and appoint new counsel, filing no. 28, is denied.

DATED this 8th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge