IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHEVELLE LASHONE STANCLE, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defense counsel,

IT IS ORDERED that Defendant Stancle's sentencing is continued to Friday, September 25, 2009, at 3:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

September 17, 2009.                BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge