IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHEVELLE LASHONE STANCLE,<br><br>　　　　　　Defendant. | 4:08CR3166<br><br>**ORDER** |

The defendant is released subject to the following:

1)  The defendant shall appear at his revocation hearing scheduled for October 25, 2016 at 12:30 p.m.

2)  The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

August 30, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge